UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. WARD,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CHILD PROTECTIVE SERVICES, MEGAN DANIELS, MARINA CHAMBERS,<br><br>  Defendants. | No.  2:19-cv-652-MCE EFB PS<br><br><br>ORDER |

On September 29, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.[1]

Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

---

[1] Although it appears from the file that plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 29, 2020, (ECF No. 6) are ADOPTED;

2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the August 28, 2020 order (ECF No. 5); and

3. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:  November 16, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE