UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL N. WARD,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF CHILD PROTECTIVE SERVICES,<br><br>    Defendant. | No.  2:19-cv-00652-MCE-EFB<br><br>**ORDER** |

Plaintiff's Motion to Reopen Case (ECF No. 9) is DENIED.

IT IS SO ORDERED.

Dated:  November 18, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE